### BROWN et al. v. SIMS et al.

GILBERT, J. None of the rulings of the court as to the admission or rejection of evidence, or in instructing the jury, or in failing to mention the name of one of the caveators in stating the case to the jury, require the grant of a new trial. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 164. OCTOBER 18, 1917.

Appeal from probate of will. Before Judge Searcy. Pike superior court. January 6, 1916.

*Redding & Lester,* for plaintiffs in error.

*E. F. Dupree* and *E. J. Reagan,* contra.